```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF MICHIGAN
2                              SOUTHERN DIVISION

3

4     DOMINIC WILLIAMS,

5              Plaintiff,

6     vs.                                 Case No: 1:21-cv-1011

7
      RYAN JOHNSTON,
8
               Defendant.
9     _____/

10                          SETTLEMENT CONFERENCE

11              HELD BEFORE THE HONORABLE MAARTEN VERMAAT
                           U.S. MAGISTRATE JUDGE
12
                              Marquette, Michigan
13
                            Tuesday, May 16, 2023
14
      APPEARANCES:
15    For the Plaintiff:    SHAWN CABOT
                            Christopher Trainor & Associates
16                          9750 Highland Rd.
                            White Lake, MI 48386
17
      For the Defendant:    SARAH J. HARTMAN
18                          City of Grand Rapids
                            300 Monroe Ave., NW, Ste. 620
19                          Grand Rapids, MI 49503

20    TRANSCRIBED BY:       Trisha N. Cameron, CSR, RMR, CRR, RDR
                            Federal Official Court Reporter
21                          128 Federal Building
                            315 West Allegan Street
22                          Lansing Michigan 48933
                            (517) 270-4735
23

24

25
```

1  Marquette, Michigan

2  May 16, 2023

3  12:03 p.m.

4                    *PROCEEDINGS*

5            THE CLERK:  The court calls the case of Dominic

6  Williams versus Ryan Johnston, Case No. 1:21-cv-1011.

7            THE COURT:  All right.  This is US Magistrate Judge

8  Vermaat.  We're on the record in this case following a

9  settlement conference.

10           Let me start out by identifying the attorneys.

11 Attorney Shawn Cabot represents the plaintiff, Dominic

12 Williams.  Mr. Cabot and Mr. Williams are both here by video.

13 And Attorney Sarah Hartman represents the remaining defendant

14 in this case, Officer Ryan Johnston.  So Ms. Hartman is here,

15 officer Johnston is here, and then Mr. Kelly from the MMRMA is

16 here as well.

17           Like I said, we conducted a settlement conference.

18 We've resolved the case.  I'm going to state the resolution on

19 the record.  I'll ask the attorneys to confirm that, their

20 agreement with that.  But the case is not settled until the

21 settlement documents are filed.

22           Before I do that, however, I'm going to give

23 Mr. Cabot a chance to just confirm with his client the

24 agreements of the proposed settlement.  Go ahead, Mr. Cabot.

25           MR. CABOT:  All right.  Mr. Williams, can you please

1    state on the record your full name, please.
2           MR. WILLIAMS:  Dominic Lamonte Lee Williams.
3           MR. CABOT:  And, Mr. Williams, you've been present
4    with myself and the Court today through the entirety of the
5    settlement conferences.  Is that correct?
6           MR. WILLIAMS:  Correct.
7           MR. CABOT:  And you've had numerous discussions with
8    myself and the magistrate judge regarding this matter,
9    settling the matter, not settling the matter.  You've asked
10   your questions and we've answered those.  Is that correct?
11          MR. WILLIAMS:  Correct.
12          MR. CABOT:  You understand that the magistrate, after
13   approximately two hours of negotiations, it got to the point
14   where the magistrate judge thought it would be a benefit to
15   issue a mediator number, which you agreed to.  Is that
16   correct?
17          MR. WILLIAMS:  Correct.
18          MR. CABOT:  And you understand that the mediator
19   number was $9,500.  You understand that, correct?
20          MR. WILLIAMS:  Correct.
21          MR. CABOT:  And you understand that that $9,500 is a
22   global settlement amount, correct?
23          MR. WILLIAMS:  A global settlement amount?
24          MR. CABOT:  Yes.  It means that's all the City of
25   Grand Rapids is going to pay.

```
 1                MR. WILLIAMS:  Yes.

 2                MR. CABOT:  And you understand that attorney fees,

 3     costs, and liens come out of that.

 4                MR. WILLIAMS:  Yes.

 5                MR. CABOT:  You understand that by accepting this

 6     mediator number, you cannot go to trial.  You're foregoing

 7     your jury trial to accept this mediator number.  You

 8     understand that?

 9                MR. WILLIAMS:  Yes.

10                MR. CABOT:  You also understand that as we discussed,

11     that you could have gone to a jury trial and you could have

12     gotten more money, you could have gotten the same amount of

13     money, you could have gotten less money, or you could have

14     gotten no money at all.  You understand that?

15                MR. WILLIAMS:  Yes.

16                MR. CABOT:  And you also understand that by taking

17     this settlement, that you can never come back and sue the City

18     of Grand Rapids or its officers for this incident that we're

19     here on today.

20                MR. WILLIAMS:  Correct.

21                MR. CABOT:  Okay.  And you also understand that you

22     can't appeal any of the decisions by the district court judge

23     regarding this case.  You understand that?

24                MR. WILLIAMS:  Yes.

25                MR. CABOT:  Has anybody promised you, threatened you,
```

**1**     or forced you in a way to take this settlement?

**2**              MR. WILLIAMS:  No.

**3**              MR. CABOT:  Okay.  Did you -- are you accepting this

**4**     freely and voluntarily?

**5**              MR. WILLIAMS:  Yes.  Yes.

**6**              MR. CABOT:  And you understand that the City of Grand

**7**     Rapids will be sending you a release that you will have to

**8**     sign and that release memorializes the amount of the gross

**9**     settlement and it also will say, you know, this was the

**10**    settlement of a disputed claim, we're not admitting liability,

**11**    but we're paying this to kind of put this matter to bed.  Do

**12**    you understand that?

**13**             MR. WILLIAMS:  Yes.

**14**             MR. CABOT:  All right.  At this time, Your Honor, I

**15**    don't have anything further.

**16**             THE COURT:  Okay.  Thanks.  And, Mr. Cabot, I think

**17**    you put down your understanding of the agreement here, $9,500

**18**    as a global resolution of the case.

**19**             Ms. Hartman, is that your understanding as well?

**20**             MS. HARTMAN:  It is, Your Honor.

**21**             THE COURT:  Okay.  So I'll tell you, Chief Judge

**22**    Jarbou does like to at some point issue an order saying that

**23**    the settlement documents have to be filed within a certain

**24**    period of time.  What's a reasonable period of time for you

**25**    all to complete the settlement documents?  What do you think,

1     Mr. Cabot?
2              MR. CABOT:  I would say 45 days.
3              THE COURT:  Ms. Hartman, what do you think?
4              MS. HARTMAN:  That's fine with me.
5              THE COURT:  So we're on the July 10th trial docket.
6     So that should be enough, but I'm going to -- it's going to be
7     Judge Jarbou's call.  I'll just -- we'll end up telling them
8     that you guys requested, you all requested 45 days to get that
9     completed.
10             So okay.  That is going to take care of the
11    settlement conference.  Cathy, you can -- you can go off the
12    record.
13                       *(Concluded at 12:08 p.m.)*
14
15
16
17
18
19
20
21
22
23
24
25

1                     *C E R T I F I C A T E*

2

3         I certify that the foregoing is a transcript from

4   the Liberty Court Recording System digital recording of the

5   proceedings in the above-entitled matter to the best of my

6   ability.

7

8

9

10              /s/ Trisha N. Cameron
                Trisha N. Cameron, CSR, RMR, CRR
11              U.S. District Court Reporter
                Lansing, MI   48933
12

13

14

15

16

17

18

19

20

21

22

23

24

25